IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DISTRICT

UNITED STATES OF AMERICA                                PLAINTIFF/RESPONDENT

v.                    Civil No.      2:10-CV-02166
                      Criminal No.   2:09-CR-20026-007-RTD

SALVADOR ZARATES                                        DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the FCI Pollock, Federal Correctional Institution, P.O. Box 4050, Pollock, LA 71467, has filed a Motion Under 28 U.S.C. §2255 for review by this court (Doc. 163). Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this November 4, 2010.

/s/ J. Marschewski
James R. Marschewski
United States Magistrate Judge