```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

UNITED STATES                                          PLAINTIFF/RESPONDENT

    v.                    No. 2:09-CR-20026
                        No. 2:10-CV-02166

SALVADOR ZARATES                                       DEFENDANT/PETITIONER

**ORDER**

Now on this 30th day of June 2011, there comes on for consideration the report and recommendation filed herein on May 25, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 172). Also before the Court are Mr. Zarates' written objections to the report and recommendation (Doc. 174).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 163) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge